

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NUEMI RUIZ<br>    *Plaintiff.*<br>v.<br>GC SERVICES, L.P.<br>    *Defendant.* | )<br>)<br>) CIVIL ACTION NO.<br>)<br>) **4-16CV-890-O**<br>)<br>) TRIAL BY JURY DEMANDED |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Nuemi Ruiz, complains of GC Services, L.P. Defendant, and for cause of action would respectfully show as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages brought by Plaintiff Nuemi Ruiz against Defendant GC Services, L.P. for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A)(iii).

2. Defendant called Plaintiffs' cellular telephone number using an automated telephone dialing system and should be fully aware that Defendant had no prior express or implied consent to call the cellular telephone. Plaintiff informed Defendant to stop calling at least eight separate times. Defendant continued to call Plaintiff's cellular phone.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3).

4. This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1391b because Defendant engages in business within this state, to wit debt collection.

5. Venue is proper pursuant to 28 U.S.C. §1391b and 47 U.S.C. §227(b)(3).

6. Venue in the Northern District of Texas, Fort Worth Division is proper in that the Plaintiff resides in State of Texas, Tarrant County, City of Fort Worth, the Defendant transacts business here, and the conduct complained of occurred here.

## PARTIES

7. The Plaintiff in this lawsuit is Nuemi Ruiz, (Ms. Ruiz) a natural person and a citizen of Tarrant County, Texas.

8. Defendant in this lawsuit is GC Services, L.P. (herein after "GC Services") a company with principal office at 6330 Gulfton St., Houston, TX 77081.

9. GC Services may be served with process by serving its registered agent for service of process: C T Corporation System, 1999 Bryan St., Ste 900, Dallas, TX 75201.

## FACTUAL ALLEGATIONS

10. The cellular telephone number (214) 773-4551 is assigned to Ms. Ruiz at all times in question.

11. The following telephone numbers are assigned to GC Services:

    1. (214) 666-6802
    2. (214) 666-6812

12. GC Services called Ms. Ruiz cellular telephone number on the following dates and times:

    1. January 18, 2016 at 01:19 p.m.
    2. January 21, 2016 at 10:48 a.m.
    3. January 26, 2016 at 05:12 p.m.
    4. January 29, 2016 at 10:22 a.m.
    5. January 29, 2016 at 12:49 p.m.
    6. February 01, 2016 at 11:42 a.m.
    7. February 04, 2016 at 11:18 a.m.
    8. February 08, 2016 at 02:37 p.m.
    9. February 11, 2016 at 10:18 a.m.
    10. February 15, 2016 at 02:53 p.m.
    11. February 18, 2016 at 12:46 p.m.
    12. February 18, 2016 at 05:40 p.m.
    13. February 22, 2016 at 01:44 p.m.
    14. February 22, 2016 at 07:00 p.m.
    15. February 25, 2016 at 02:43 p.m.
    16. February 29, 2016 at 12:23 p.m.
    17. February 29, 2016 at 04:09 p.m.
    18. March 03, 2016 at 10:39 a.m.
    19. March 03, 2016 at 01:00 p.m.
    20. March 08, 2016 at 01:15 p.m.
    21. March 10, 2016 at 02:36 p.m.
    22. March 15, 2016 at 01:21 p.m.
    23. March 18, 2016 at 11:32 a.m.
    24. March 31, 2016 at 12:06 p.m.

13. On January 18, 2016 at 01:19 p.m., Ms. Ruiz received a phone call from (214) 666-6802 and there was a period of silence before the representative came on the line. Ms. Ruiz informed the representative to stop calling.

14. Ms. Ruiz received numerous phone calls from GC Services. Each time Ms. Ruiz answered the telephone call there was a long period of silence before a representative would come on the line at which time was informed to stop calling.

15. Ms. Ruiz informed GC Services to stop calling on the following dates and times:

    1. January 18, 2016 at 01:19 p.m.
    2. January 21, 2016 at 10:48 a.m.
    3. February 11, 2016 at 10:18 a.m.
    4. February 18, 2016 at 12:46 p.m.
    5. February 18, 2016 at 05:40 p.m.
    6. March 10, 2016 at 02:36 p.m.
    7. March 18, 2016 at 11:32 a.m.
    8. March 21, 2016 at 12:06 p.m.

16. Ms. Ruiz verbally informed GC Services eight separate times to stop calling. Despite eight separate requests to GC Services to stop calling, Ms. Ruiz received additional telephone calls.

17. Upon information and good faith belief, the telephone calls identified above were placed to Ms. Ruiz wireless phone number using an automatic telephone dialing system (ATDS) as defined by the Federal Communications Commission (FCC).

18. Upon information and belief, Ms. Ruiz received additional calls to her cellular phone from GC Services that she was not able to document. Ms. Ruiz intends to obtain the phone records of GC Services through the discovery process.

19. Upon information and belief, GC Services placed the calls to Ms. Ruiz wireless telephone number voluntarily.

20. Upon information and belief, GC Services placed the calls to Ms. Ruiz wireless telephone number under its own free will.

21. Upon information and belief, GC Services had knowledge that it was using an automatic telephone dialing system to place each of the telephone calls identified above.

22. Upon information and belief, GC Services intended to use an automatic telephone dialing system to place each of the telephone calls.

23. Upon information and belief, GC Services maintains business records that show all calls placed by GC Services to Ms. Ruiz cellular telephone number.

24. GC Services called Ms. Ruiz cellular phone for a non-emergency purpose.

25. Ms. Ruiz has no prior or present established relationship with GC Services.

26. GC Services used an automatic telephone dialing system to dial Ms. Ruiz cellular telephone from phone numbers as defined by the Telephone Consumer Protection Act, 47 U.S.C. §227(a)(1).

27. The acts alleged herein all took place in Tarrant County, Texas in that the communications were received there.

## COUNT I

### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227(b)(1)(A) BY DEFENDANT GC SERVICES, L.P.

28. Paragraphs 1 through 27 are re-alleged as though fully set forth herein.

29. Ms. Ruiz and GC Services do not have an established business relationship within the meaning of 47 U.S.C. §227(a)(2).

30. GC Services called Ms. Ruiz cellular telephone using an "automatic telephone dialing system" within the meaning of 47 U.S.C. §227(a)(1).

31. In each telephone communication referenced in ¶12 and ¶15, GC Services has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227 (b)(1)(A) by using an automatic telephone dialing system or used a telephone dialing system that has the *capacity* to automatically call Ms. Ruiz cellular telephone number, which is assigned to a cellular telephone service *with no prior express consent* and for *no emergency purpose*.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

d) Awarding such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff is entitled to and hereby demands trial by jury.

Dated: September 22, 2016

Respectfully Submitted,

*Nuemi Ruiz*
Nuemi Ruiz
3309 N. Nichols St.
Fort Worth, TX 550870
(682) 564-6140
nuemiruiz@yahoo.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nuemi Ruiz

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
GC Services, LP

County of Residence of First Listed Defendant: **Harris**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
47 U.S.C. § 227(b)(1)(A)(iii)

Brief description of cause:
Violations of the Telephone Consumer Protection Act (TCPA)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE 9/22/16
SIGNATURE OF ATTORNEY OF RECORD: Nuemi Ruiz

**FOR OFFICE USE ONLY**
RECEIPT # FW027317  AMOUNT $400  APPLYING IFP  JUDGE  MAG. JUDGE

September 16, 2016

Nuemi Ruiz
3309 N Nichols St
Fort Worth, TX 76106

United States District Court
Northern District of Texas
Clerk's Office
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Dear Clerk of the Court:

Enclosed please find the following for:

1. One (1) Original Complaint, one (1) copy for the Judge, and one (1) copy for return.
2. Four Hundred dollar ($400.00) money order for the filing fee.
3. Three (3) Civil Cover Sheets
4. Three (3) Subpoena
5. Self-addressed envelope with postage for the return of documents.

Please file the documents accordingly.

I thank you for your attention to this matter.

If you have any questions, please do not hesitate to contact me at (682) 564-6140.

Thank You,

*Nuemi Ruiz*

Nuemi Ruiz

N. Ruiz
3309 N. Nichols St.
Fort Worth, TX 76106

RECEIVED
DISTRICT COURT
FT WORTH DIVISION
2016 SEP 26 AM 11:06
CLERK OF COURT

United States District Court
Northern District of Texas
Clerk's Office
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

