IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NUEMI RUIZ, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:16-cv-890-O |
| GC SERVICES, L.P., | § | |
| Defendant. | § | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted as the findings of the Court. It is **FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **DENIED without prejudice as MOOT**.

**SO ORDERED** on this **15th day** of **November, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE