UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NUEMI RUIZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-890-0 |
| | § | |
| GC SERVICES, L P | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rules of this Court, Plaintiff, NUEMI RUIZ, and Defendant, GC SERVICES, LP., stipulate, and the Court hereby orders, as follows:

1. NUEMI RUIZ is the only plaintiff; GC SERVICES, LP is the only named defendant in this matter.

2. Plaintiff, NUEMU RUIZ no longer wishes to pursue any of her claims and no longer wishes to pursue this lawsuit; therefore, Plaintiff, NUEMI RUIZ hereby requests the Court to moves to dismiss, with prejudice, all of his claims against all parties. Defendant, GC Services, LP who was served and made an appearance in this lawsuit, agrees to a dismissal with prejudice of all of Plaintiff's claims against all parties.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff, NUEMI RUIZ has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6. Plaintiff, NUEMI RUIZ, and Defendant, GC SERVICES, LP respectfully request the Court to dismiss, with prejudice, this lawsuit, all parties, and all claims asserted

1

against all parties in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7.  Both sides to bear their own fees and costs.

**Date: 03/08/2017**

                                    **Respectfully Submitted By,**

                                    */s/ Nuemi Ruiz*
Nuemi Ruiz
3309 N. Nichols St.
Fort Worth, TX 76106
(682) 564-6140
nuemiruiz@yahoo.com
**Plaintiff, Pro Se**


**SPROTT NEWSOM
QUATTLEBAUM MESSENGER**

By: */s/ Kandy E. Messenger*
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas   77098
Tel:  (713) 523-8338
Fax:  (713) 523-9422
Messenger@sprottnewsom.com
**ATTORNEY FOR DEFENDANT,
GC SERVICES, L.P.**